1 | JD Zink, SBN 58726
2 | **ZINK & LENZI**
3 | 250 Vallombrosa Avenue, Suite 175
  | Chico, California 95926
4 | Telephone: (530) 895-1234
5 | Facsimile: (530) 895-1254
  | Email: JD@ZinkAndLenzi.com
6 |
7 | Scottlynn J Hubbard, SBN 212970
  | **DISABLED ADVOCACY GROUP, APLC**
8 | 12 Williamsburg Lane
9 | Chico, California 95926
  | Telephone: (530) 895-3252
10 | Facsimile: (530) 894-8244
11 | Email: USDCEast@HubsLaw.com

Attorneys for Plaintiff Lenora Lee

United States District Court

Eastern District of California

| | |
|---|---|
| Lenora Lee, | ) Case No. 2:19-cv-01671-WBS-EFB |
| Plaintiff, | ) |
| | ) **Stipulation to Extend Date to** |
| v. | ) **Complete Voluntary Dispute** |
| | ) **Resolution Program and [Proposed]** |
| University Inn Chico, LLC; et al., | ) **Order** |
| Defendants. | ) |
| | ) |
| | ) Honorable William B. Shubb |
| | ) |
| | ) |

*Lee v. University Inn Chico, LLC, et al.* Case No. 2:19-cv-01671-WBS-EFB
Stipulation to Extend Date to Complete Voluntary Dispute Resolution Program and [Proposed] Order

-1-

1  The parties hereto, by their attorneys of record, stipulate to continue the date to
2  complete the Voluntary Dispute Resolution Program to April 20, 2020. The
3  reason for this stipulation is due to the illness of JD Zink (respiratory infection
4  with coughing/not wanting to spread it to others).
5      It is so stipulated.
6  Dated: February 28, 2020          ZINK & LENZI

8                                     /s/ J.D. Zink, esq.
9                                    JD ZINK
                                      Attorneys for Plaintiff Lenora Lee

12
13 Dated: February 28, 2020          DISABLED ADVOCACY GROUP, APLC

15                                    /s/ Scottlynn J Hubbard, esq.
                                      SCOTTLYNN J HUBBARD
16                                    Attorneys for Plaintiff Lenora Lee

18 Dated: February 28, 2020          MURO & LAMPE, INC.

20                                    /s/ Veronica Phillip, esq.
21                                    VERONICA PHILLIP
                                      Attorneys for Defendant University Inn Chico,
22                                    LLC

*Lee v. University Inn Chico, LLC, et al.* Case No. 2:19-cv-01671-WBS-EFB
Stipulation to Extend Date to Complete Voluntary Dispute Resolution Program and [Proposed] Order

-2-

| | | |
|---|---|---|
| Dated: February 28, 2020 | | SCHUERING, ZIMMERMAN & DOYLE, LLP |

 /s/ Keith Chidlaw, esq.
KEITH CHIDLAW
Attorneys for Defendants Behring Family, LLC and Ann B. Montgomery, Trustee of the Ann B. Montgomery Trust dated January 17, 2007

ORDER

Good cause having been shown, the date by which the Voluntary Dispute Program is to be complete is reset to April 20, 2020.  No later than 5 days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.   The court hereby RESETS the Status (Pretrial Scheduling) Conference for 5/26/2020 at 1:30 p.m.   If a settlement is not reached, the parties shall submit an Amended Joint Status Report no later than 5/12/2020.

Dated:  March 5, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Lee v. University Inn Chico, LLC, et al.* Case No. 2:19-cv-01671-WBS-EFB
Stipulation to Extend Date to Complete Voluntary Dispute Resolution Program and [Proposed] Order

-3-