1  KEITH D. CHIDLAW, Bar No. 133604
   SCHUERING ZIMMERMAN & DOYLE, LLP
2  400 University Avenue
   Sacramento, California 95825-6502
3  (916) 567-0400
   FAX: 568-0400
4
5  Attorneys for Defendants BEHRING FAMILY, LLC; ANN B. MONTGOMERY, Trustee of
   the ANN B. MONTGOMERY 2007 Trust dated January 17, 2007

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA LEE, | No. 2:19-cv-01671-WBS-EFB |
| Plaintiff, | STIPULATION TO EXTEND DATE TO COMPLETE VOLUNTARY DISPUTE RESOLUTION PROGRAM; ORDER |
| vs. | |
| UNIVERSITY INN CHICO, LLC; BEHRING FAMILY, LLC; and, ANN B. MONTGOMERY, TRUSTEE OF THE ANN B. MONTGOMERY TRUST DATED JANUARY 17, 2007, et al., | Honorable William B. Shubb |
| Defendants. | |

On December 27, 2019, the court referred this matter to a Voluntary Dispute Resolution Program ("VDRP") and stayed the action. The court ordered VDRP to be completed by March 9, 2020, and set a Status (Pretrial Scheduling) Conference for April 13, 2020. The parties subsequently selected Rick Morin to serve as the VDRP Neutral and selected a date to conduct the VDRP session. However, due to the illness of plaintiff's attorney J.D. Zink, the VDRP could not be completed by March 9, 2020. As such, the parties submitted a Stipulation to the court on March 4, 2020, requesting that the court continue the date to complete VDRP until April 20, 2020.

On March 5, 2020, the court signed an order extending the completion date

STIPULATION TO EXTEND DATE TO COMPLETE AND ORDER

for VDRP to April 20, 2020, and reset the Status (Pretrial Scheduling) Conference to May 26, 2020.

Since the March 5, 2020, order was issued, the COVID-19 pandemic has occurred. The parties and neutral have discussed whether to proceed with the VDRP by video. The consensus among counsel is that in person attendance at the VDRP will greatly increase the chances of resolution. However, given the current stay-at-home directives, the parties seek an additional 60 day continuance to complete the VDRP.

Therefore, the parties hereto, by their attorneys of record, stipulate to continue the date to complete the VDRP to June 19, 2020. The reason for this stipulation is due to the COVID-19 pandemic and the stay-at-home orders in place.

It is so stipulated.

Dated: 4/7/20         ZINK & LENZI

                      By: __/s/ J.D. Zink_____
                          J.D. Zink
                          Attorneys for Plaintiff LENORA LEE

Dated: 4/7/20         DISABLED ADVOCACY GROUP, APLC


                      By:  __/s/ Scottlynn J. Hubbard
                          Scottlynn J Hubbard
                          Attorneys for Plaintiff LENORA LEE

Dated: 4/7/20         MURO & LAMPE, INC.

STIPULATION TO EXTEND DATE TO COMPLETE AND ORDER

By: ___/s/ Veronica Philipp_____
    Veronica Philipp
    Attorneys for Defendant University Inn
    Chico, LLC

Dated: 4/7/20          SCHUERING ZIMMERMAN & DOYLE, LLC


By: ___/s/ Keith D. Chidlaw_____
    Keith D. Chidlaw
    Attorneys for Defendants BEHRING FAMILY,
    LLC; ANN B. MONTGOMERY, Trustee of the
    ANN B. MONTGOMERY 2007 Trust dated
    January 17, 2007

**ORDER**

Good cause having been shown, the date by which the Voluntary Dispute Resolution Program is to be complete is reset to June 19, 2020. No later than five days after completion of the Voluntary Dispute Resolution Program session, the parties shall file a joint statement indicating whether settlement was reached. The court hereby RESETS the Status (Pretrial Scheduling) Conference for **August 3, 2020 at 1:30 p.m.** If a settlement is not reached, the parties shall submit an Amended Joint Status Report no later than **July 20, 2020.**

Dated: April 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DATE TO COMPLETE AND ORDER