Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

JD Zink, SBN 58726
**Zink & Lenzi Personal Injury Attorneys**
250 Vallombrosa Avenue, Suite 175
Chico, CA 95926
Telephone: (530) 895-1234
Facsimile: (530) 895-1254

Attorneys for Plaintiff

United States District Court

Eastern District of California

| | |
|---|---|
| Lenora Lee, | Case No. 2:19-cv-01671-WBS-EFB |
| Plaintiff, | |
| vs. | **Stipulation to Dismiss Case With Prejudice; Order** |
| University Inn Chico, LLC; Behring Family, LLC; and, Ann B. Montgomery, Trustee of the Ann B. Montgomery 2007 Trust dated January 17, 2007, | Honorable William B. Shubb |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

    IT IS HEREBY JOINTLY REQUESTED, by plaintiff Lenora Lee and defendants University Inn Chico, LLC; Behring Family, LLC; and, Ann B. Montgomery, Trustee of the Ann B. Montgomery 2007 Trust dated January 17, 2007, that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety as to all parties pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 20, 2020                    Disabled Advocacy Group, APLC

                                                  */s/ Scottlynn J Hubbard, esq.    /*
                                                  Scottlynn J Hubbard
                                                  Attorney for Lenora Lee

Dated: July 20, 2020                      Zink & Lenzi

                                                  */s/ J.D. Zink, esq.                 /*
                                                  J.D. Zink
                                                  Attorney for Lenora Lee

Dated: July 20, 2020                      Muro & Lampe, Inc.

                                                  */s/ Veronica Philipp, Esq.         /*
                                                  Veronica Philipp
                                                  Attorney for University Inn Chico, LLC;
                                                  Behring Family, LLC; and, Ann B.
                                                  Montgomery, Trustee of the Ann B.
                                                  Montgomery 2007 Trust dated Januar4y
                                                  17, 2007

## **ORDER**

Upon consideration of the Stipulation to Dismiss submitted by plaintiff Lenora Lee and defendants University Inn Chico, LLC; Behring Family, LLC; and, Ann B. Montgomery, Trustee of the Ann B. Montgomery 2007 Trust dated January 17, 2007,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety as to all parties pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: July 20, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE